AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schaaf, Gregory R. | U.S. Bankruptcy Court, Eastern District of Kentucky | 03/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Court Judge (full time) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
PO Box 1111
Lexington, KY 40588-1111

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Transylvania University, Lexington, KY; salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 07/18-21, 2019 | Amelia Island, Florida | Speaking Engagement Southeast Conference | Hotel; transportation |
| 2. | American Bankruptcy Institute | 0819-21, 2019 | Cincinnati, Ohio | Speaking Engagement MRBS Conference | Hotel; transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 03/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Republic Bank, Cash Account | A | Int./Div. | J | T | | | | | |
| 2. Metropolitan Tower Life Insurance Company(whole life) | | None | K | T | | | | | |
| 3. (H)Retirement Account - No. 1 (risk based) | | | | | | | | | |
| 4. -Federated Treasury Obligations Fund (Note 1) | A | Dividend | | | Closed | 04/01/19 | J | | |
| 5. --FDN | | None | L | T | Buy (add'l) | 09/11/19 | K | | |
| 6. --QTEC | A | Dividend | L | T | Buy (add'l) | 09/11/19 | J | | |
| 7. -First Trsut Auto'd Quantitative AQA Ser 14 | A | Dividend | | | Matured | 02/06/19 | M | D | |
| 8. -First Trust Trust Series 15 (FT Div Inc Trust Series 15 Fee Reimb.) | C | Dividend | M | T | | | | | |
| 9. -FXL | A | Dividend | L | T | Buy (add'l) | 09/11/19 | J | | |
| 10. -FXH | | None | | | Sold | 04/26/19 | L | | |
| 11. -FBT | | None | | | Buy (add'l) | 09/11/19 | J | | |
| 12. | | | | | Sold | 09/12/19 | L | | |
| 13. -First Trust Target Glbal Dvd Leaders 1Q 18 Term Fee Reinv | B | Dividend | | | Matured | 04/11/19 | M | | |
| 14. -First Trust High Quality Dvd 1Q 18 Fee Reinv | B | Dividend | | | Matured | 04/11/19 | M | | |
| 15. -First Trust Portfolio LP AQA Large Cap Portfolio Series Fee Reinvest | A | Dividend | K | T | | | | | |
| 16. -First Trust Sabrient Bakers Dozen Portfolio May 2018 Fee R | A | Dividend | | | Matured | 06/24/19 | M | | |
| 17. -FXO | A | Dividend | L | T | Buy | 09/12/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -FXU | B | Dividend | L | T | Buy | 04/26/19 | K | | |
| 19. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 20.   -VOO | A | Dividend | M | T | Buy | 09/11/19 | M | | |
| 21.   -First Trust High Qlty Divid 2Q19 | B | Dividend | J | T | Buy | 09/11/19 | M | | |
| 22. | | | | | Sold (part) | 09/11/19 | N | A | |
| 23.   -First Trust Tgt Glbl Ldrs 2Q19 | C | Dividend | J | T | Buy | 04/10/19 | M | | |
| 24. | | | | | Sold (part) | 09/11/19 | M | | |
| 25.   -First Truste Automated Quant Anlys 18 | A | Dividend | M | T | Buy | 02/07/19 | M | | |
| 26.   -First Trust Automated Quan Anlys 19 | A | Dividend | M | T | Buy | 09/16/19 | L | | |
| 27.   -CitiBank (temporary sweep account) (Note 1) | A | Interest | J | T | Open | 04/01/19 | J | | |
| 28.   [(H)End Retirement Account - No. 1] | | | | | | | | | |
| 29.   (H)Investement Account - No. 1 | | | | | | | | | |
| 30.   -CSCO | A | Dividend | K | T | | | | | |
| 31.   -FDN | | None | K | T | | | | | |
| 32.   -QTEC | A | Dividend | K | T | | | | | |
| 33.   -FXL | A | Dividend | J | T | | | | | |
| 34.   -FXH | | None | | | Sold | 04/29/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -FBT | | None | | | Sold | 09/18/19 | J | | |
| 36. -FXO | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 37. -FXU | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 38. -Standard Bank (temporary account) | A | Interest | J | T | | | | | |
| 39. [(H)End Investment Account - No. 1] | | | | | | | | | |
| 40. (H)Retirement Account - No. 2 | | | | | | | | | |
| 41. -TIAA Trad'l | B | Interest | K | T | | | | | |
| 42. T-C Lfcyle Idx Rtmt [Note 3] | C | Dividend | M | T | Buy | 12/31/19 | K | | |
| 43. | | | | | | | | | |
| 44. [(H)End Retirement Account - No. 2] | | | | | | | | | |
| 45. (H)Investment Account - No. 2 | | | | | | | | | |
| 46. -VFIAX | B | Dividend | L | T | Sold (part) | 04/04/19 | J | B | |
| 47. | | | | | Sold (part) | 05/30/19 | J | C | |
| 48. -VEXAX | A | Dividend | L | T | | | | | |
| 49. -ARKK | A | Dividend | J | T | | | | | |
| 50. -FVD | A | Dividend | J | T | Sold (part) | 04/04/19 | J | A | |
| 51. -FXH | | None | | | Sold | 08/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -FBT | | None | | | Sold | 08/23/19 | J | A | |
| 53. -FTCS | A | Dividend | J | T | | | | | |
| 54. -FDN | | None | | | Sold | 10/14/19 | J | | |
| 55. -FXO | A | Int./Div. | | | Sold | 10/14/19 | J | A | |
| 56. -QTEC | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 57. -RDVY | A | Dividend | J | T | | | | | |
| 58. -FXL | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 59. -SPLV | A | Dividend | J | T | | | | | |
| 60. -IJR | | None | | | Sold | 01/29/19 | J | | |
| 61. -IHI | | None | J | T | Sold (part) | 01/29/19 | J | A | |
| 62. -XAR | A | Dividend | J | T | | | | | |
| 63. -BIICX | A | Dividend | J | T | | | | | |
| 64. -SBLYX | A | Dividend | J | T | Buy (add'l) | 01/29/19 | J | | |
| 65. -HLIEX | A | Dividend | J | T | Sold (part) | 04/05/19 | J | A | |
| 66. -JNBAX (Note 2) | A | Dividend | | | Merged (with line 90) | 03/07/19 | J | | |
| 67. -JSOSX | A | Dividend | J | T | | | | | |
| 68. -JVASX | A | Dividend | J | T | Sold (part) | 04/04/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/30/19 | J | A | |
| 70.   -GLIFX | A | Dividend | J | T | | | | | |
| 71.   -MFAIX | A | Dividend | J | T | | | | | |
| 72.   -PXWIX | A | Dividend | J | T | Buy (add'l) | 04/04/19 | J | | |
| 73.   -PRJZX | | None | J | T | | | | | |
| 74.   -PDBZX | A | Dividend | J | T | | | | | |
| 75.   -TRBCX | A | Dividend | J | T | | | | | |
| 76.   -PKSFX | A | Dividend | J | T | | | | | |
| 77.   -WACPX | A | Dividend | J | T | | | | | |
| 78.   -LMGNX | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 79.   -LVHD | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 80. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 81.   -SKYY | | None | J | T | Buy | 04/04/19 | J | | |
| 82. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 83.   -FV | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 84.   -FRI | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 85.   -CIBR | A | Dividend | J | T | Buy | 04/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 87. -JHMM | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 88. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 89. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 90. -JBNSX (Note 2) | A | Dividend | J | T | Buy | 03/07/19 | J | | |
| 91. -FXU | A | Dividend | | | Buy | 05/30/19 | J | | |
| 92. | | | | | Sold | 10/14/19 | J | A | |
| 93. Morgan Stanley Private Bank NA (temp. sweep acct) (Note 3) | A | Interest | J | T | | | | | |
| 94. [(H)End Investment Account - No. 2] | | | | | | | | | |
| 95. Community Trust Bank | A | Interest | K | T | | | | | |
| 96. (H)Investment Account - No. 3 (Note 3) | | | | | | | | | |
| 97. -Oppenhiemer Steelpath MLP Income Fund A (MLPDX) | B | Dividend | K | T | | | | | |
| 98. -Oppenheimer Global Opportunities Fund Class A (OPGIX) (Note 3) | | None | J | T | Buy | 12/31/19 | J | | |
| 99. [(H)End Investment Account - No. 3] | | | | | | | | | |
| 100. PNC Bank | A | Interest | J | T | | | | | |
| 101. Metropolitan Tower Life Insurance Company (Whole Life) | | None | K | T | | | | | |
| 102. (H) Investement Account - No. 4 (Note 4) (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schaaf, Gregory R.** | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -VWEHZ (X) | A | Dividend | J | T | | | | | |
| 104.  -VTTVX (X) | A | Dividend | J | T | | | | | |
| 105.  -VBLTX (Note 5) (X) | A | Dividend | | | Merged<br>(with line 106) | 06/05/19 | J | A | |
| 106.  -VBLAX (Note 5) | A | Dividend | J | T | Buy | 01/05/19 | J | | |
| 107.  [(H) End Investment Account - No. 4] | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 03/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1:  Part VII, Lines 4 and 27:  These are the periodic sweep accounts that holds funds between trades.  The brokerage firm changed its cash sweep program.

Note 2:  Part VII, Lines 66 and 90:  There was a class exchange, JNBAX to JNBSX.

Note 3:  Part VII, Lines 96-99:  The monthly dividends from MLPDX are reinvested monthly in OPGIX.  The amounts are $161.28 each month beginning January.  Based on the small amount each month and consistent with the prior year, I aggregated on an annual basis.  There are no dividends for the reinvestment account.

Note 4:  Part VII, Lines 102-105:  I inadvertantly omitted this on my last report.  The three positions were all acquired on February 15, 2018.  The value of each position on 12/31/18 was J, less than $15,000, based on the market.  The dividends for each in 2018 was A, less than $1,000.

Note 4:  Part VII, Lines 105 and 106:  There was a class exchange VBLTX to VBLAX.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory R. Schaaf**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544